# United States Bankruptcy Court
For The
Western District of New York

Date: 1/8/2018      Case No: 17-20111-PRW

IN RE: JORETHA SPANN      SSN #1: XXX-XX-6670
117 ONEIDA STREET
ROCHESTER, NY 14621

## MOTION TO ALLOW CLAIMS

Pursuant to 11 U.S.C. 704(5), the trustee has examined the proofs of claim filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed, or "not filed" as indicated below.

| Claim # | Name and Address of Creditor | Amount | Forgive % | Classification |
|---|---|---|---|---|
| 001 | DIVERSIFIED CONSULTANTS INC (DCI) / P O BOX 551268 JACKSONVILLE, FL 32255-1268 | None .00 | | Not Filed |
| 002 | DSRM NATIONAL BANK / PO BOX 631 AMARILLO, TX 79105-0631 | None .00 | | Not Filed |
| 003 | ENHANCED RECOVERY CORP (ERC) / 8014 BAYBERRY ROAD JACKSONVILLE, FL 32255 | None .00 | | Not Filed |
| 004 | M&T BANK / ONE FOUNTAIN PLAZA P O BOX 767 BUFFALO, NY 14240 | None .00 | | Not Filed |
| 005 | M&T BANK / LENDING SERVICES-2ND FLOOR 1100 WEHRLE DRIVE / WILLIAMSVILLE, NY 14221 | None .00 | | Not Filed |
| 006 | MIDLAND FUNDING, LLC / PO BOX 939069 SAN DIEGO, CA 92193 | None .00 | | Not Filed |
| 007 | PORTFOLIO RECOVERY ASSOCIATES, LLC / (PRA RECEIVABLES N PO BOX 41067 / NORFOLK, VA 23541-1067 | None .00 | | Not Filed |
| 008 | PROPEL TAX aka PFS FINANCIAL / PO BOX 100350 SAN ANTONIO, TX 78201-1650 | None .00 | | Not Filed |
| 009 | REAL ECON / PO BOX 18749 ANAHEIM, CA 92817 | 6,259.21 | | Secured |
| 010 | SIMONS AGENCY INC / 4963 WINTERSWEET DRIVE LIVERPOOL, NY 13088 | None .00 | | Not Filed |
| 011 | US BANK AS CUSTODIAN FOR / TOWER DBW II TRUST P.O. BOX 645040 / CINCINNATI, OH 45264 | 402.92 | 5.5000% From 12/04/2017 | Secured |
| 012 | AMERICAN TAX FUNDING, LLC / 250 TEQUESTA DRIVE SUITE 306 / TEQUESTA, FL 33469 | 1,620.59 | 18.0000% From 12/04/2017 | Secured |
| 013 | AMERICAN TAX FUNDING, LLC / 250 TEQUESTA DRIVE SUITE 306 / TEQUESTA, FL 33469 | 4,778.44 | | Secured |
| 014 | AMERICAN TAX FUNDING, LLC / 250 TEQUESTA DRIVE SUITE 306 / TEQUESTA, FL 33469 | 2,747.43 | 12.0000% From 12/04/2017 | Secured |
| 015 | BENEFICIAL NEW YORK INC / 525 TITUS AVE ROCHESTER, NY 14617-3501 | None .00 | | Not Filed |
| 016 | BENEFICIAL NEW YORK / 961 WEIGEL DRIVE ELMHURST, IL 60126 | None .00 | | Not Filed |
| 017 | NYS DEPT OF TAX & FINANCE / P O BOX 5300 BK/SPECIAL PROCEDURES SEC. / ALBANY, NY 12205-5300 | 1,184.50 | 7.5000% From 12/04/2017 | Secured |
| 018 | US ATTORNEY'S OFFICE / 100 STATE STREET, ROOM 6200 ROCHESTER, NY 14614-0000 | None .00 | | Not Filed |
| 019 | PROPEL FINANCIAL SERVICES, LLC / P.O. BOX 100350 SAN ANTONIO, TX 78201 | 4,765.00 | 18.0000% From 12/04/2017 | Secured |
| 020 | PROPEL FINANCIAL SERVICES, LLC / P.O. BOX 100350 SAN ANTONIO, TX 78201 | 743.67 | | Secured |
| 021 | PROPEL TAX aka PFS FINANCIAL / PO BOX 100350 SAN ANTONIO, TX 78201-1650 | None .00 | | Not Filed |
| 022 | RICHARD J EVANS, JR / 28 EAST MAIN STREET STE 1400 ROCHESTER, NY 14614-1935 | None .00 | | Not Filed |
| 023 | WINDELS MARX LANE & MITTENDORF / 156 WEST 56TH STREET NEW YORK, NY 10019 | None .00 | | Not Filed |

# United States Bankruptcy Court
For The
Western District of New York

Date: 1/8/2018  Case No: 17-20111-PRW

IN RE: JORETHA SPANN  SSN #1: XXX-XX-6670
117 ONEIDA STREET
ROCHESTER, NY 14621

## MOTION TO ALLOW CLAIMS

Pursuant to 11 U.S.C. 704(5), the trustee has examined the proofs of claim filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed, or "not filed" as indicated below.

| Claim # | Name and Address of Creditor | Amount | Forgive % | Classification |
|---|---|---|---|---|
| 024 | INTERNAL REVENUE SERVICE / PO BOX 7346 ATTN: CIO / PHILADELPHIA, PA 19101-7317 | 1,809.94 | | Unsecured |
| 025 | U S ATTORNEY FOR IRS / OLYMPIC TOWERS, SUITE 460 300 PEARL STREET / BUFFALO, NY 14202-0000 | None | | Not Filed .00 |
| 026 | ITT FINANCIAL SERVICES / 2600 CORPORATE EXCHANGE COLUMBUS, OH 43231-0000 | None | | Not Filed .00 |
| 027 | LEE & KEARY / 26000 TOWNE CENTRE DRIVE STE 200 FOOTHILL RANCH, CA 92610 | None | | Unsecured |
| 028 | LVNV FUNDING. LLC / c/o RESURGENT CAPITAL SERVICES P.O. BOX 10587 / GREENVILLE, SC 29603-0587 | 2,110.90 | | Unsecured |
| 029 | AT&T SERVICES, INC / ATTN: KAREN CAVAGNARO ONE AT&T WAY; ROOM 3A104 / BEDMINSTER, NJ 07921 | 734.96 | | Unsecured |
| | Total | 27,157.56 | | |

JASON RACKI, ESQ.  1,750.00  Debtor's Attorney
c/o ALLEN CHERN
140A METRO PARK
ROCHESTER, NY 14623

Your Trustee has examined the claims and recommends to the Court that they be deemed allowed for the amounts claimed, payable in the manner classified subject to the provisions of the plan and other Court orders.

/s/ George M. Reiber
George M. Reiber
Standing Chapter 13 Trustee

WHEREFORE, the Trustee prays that the foregoing claims be allowed as set forth above.

## NOTICE

At Rochester, NY
PLEASE TAKE NOTICE that the above claims are allowed as recommended by the Trustee and payable as provided by the debtor's plan. The debtor and debtor's attorney of record are hereby advised that written application for modification of this notice must be made within 30 days from the date of the certificate of mailing of this notice. The motion to allow claims is deemed approved without a separate order of this Court, absent a written application for modification.

CERTIFICATE OF SERVICE
CLERK  /s/ Lisa Bertino Beaser, Clerk of the Court
The undersigned hereby certifies that a copy of the Notice was sent electronically or by ordinary US Mail, postage prepaid on 1/19/18 to the debtor and attorney for the debtor.
/s/